UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. ADAIR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW CATES, et al.,<br><br>　　　　　Respondents. | Case No. EDCV 09-1406-RSWL (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  No Objections to the Report and Recommendation have been filed within the time allowed for Objections.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT IS HEREBY ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: 10-1-12

　　　　　　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. RONALD S.W. LEW
　　　　　　　　　　　　　　　　　　　SENIOR, U.S. DISTRICT COURT JUDGE