# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. ADAIR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Respondents. | Case No. EDCV 09-1406-RSWL (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 10-1-12

*RONALD S.W. LEW*
_____
HON. RONALD S.W. LEW
SENIOR, U.S. DISTRICT COURT JUDGE